IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-152-BO

| | |
|---|---|
| DARRYL LEE WEBSTER, | ) |
| Petitioner, | ) |
| | ) ORDER TO SEAL |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

For good cause shown, Respondent's Memorandum in Support of the Motion for an Extension of Time to Respond to Petitioner's Motion and Respondent's Memorandum in Support of the Motion to Seal in the above-captioned case is hereby GRANTED. The Clerk's Office is directed to place under seal Respondent's Memorandum in Support of Respondent's Motion for an Extension of Time to Respond to Petitioner's Motion and Respondent's Memorandum in Support of the Motion to Seal, except that copy of the same is issued to Respondent.

SO ORDERED.

This 24 day of July, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE